In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00402-CV
_____

IN RE LILYVEET PALACIOS

Original Proceeding
410th District Court of Montgomery County, Texas
Trial Cause No. 14-12-12915

MEMORANDUM OPINION

Lilyveet Palacios filed a petition for writ of mandamus compelling the judge of the 410th District Court of Montgomery County, Texas, to vacate his order compelling Palacios to submit to a polygraph examination. We temporarily stayed the trial court's order and requested a response from the real party in interest, Anthony Amador. The trial court subsequently withdrew the order on its own motion. We dissolve our temporary order and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.


                                        PER CURIAM


Submitted on October 28, 2015
Opinion Delivered October 29, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.